UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60201-WPD

GARFIELD SPENCE,

        Plaintiff,

vs.

TKG-StorageMart Partners Portfolio, LLC.

        Defendant(s).

_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty one (21) days of the filing of this Notice of Settlement.

Dated this 27th day of March 2024.

Respectfully Submitted,

        */s/ Alberto R. Leal*.
        Alberto R. Leal, Esq., P.A.
        Florida Bar No.: 1002345
        E-Mail: albertolealesq@gmail.com
        8927 Hypoluxo Rd. #157
        Lake Worth, FL 33467
        Phone: 954-637-1868
        Attorney for Plaintiff