UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60201-CIV-DIMITROULEAS

GARFIELD SPENCE,

     Plaintiff,

vs.

TKG-STORAGEMART PARTNERS
PORTFOLIO, LLC,

     Defendant.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With

Prejudice (the "Notice") [DE 11], filed herein on April 17, 2024. The Court has carefully

reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 11] is hereby **APPROVED;**

2. This case is **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of April 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record